# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                              **Case No.  8:02-CR-105-T-27TBM**

**DAVID MICHAEL JONES**

_____/

## ORDER

THIS CAUSE is before the Court on this 13th day of July, 2006, on a Petition to Revoke Supervised Release. The Defendant, DAVID MICHAEL JONES, appeared with Counsel, Alec Hall, AFPD; and Robert Monk, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised. Based on the defendant's admission, the Court finds that said defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The defendant is hereby continued on the same term of Supervised Release, under the same terms and conditions as previously imposed.

2. The defendant shall apply for and enroll in the residential treatment program at the First Step Program.

3. The defendant shall reside with his parents or brother, with the approval of Probation,

until room is available at the First Step Program.

4.  The Court imposes a curfew directing that the defendant shall not be out of his approved residence after 7:30 p.m., or before 6:30 a.m.

DONE AND ORDERED at Tampa, Florida this _____14^tz_____ day of July, 2006.


_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
    -U.S. Attorney's Office
    -Defense Counsel
    -U.S. Marshal
    -U.S. Probation